**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7495

JUAN VALDEZ,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF PRISONS; HARRELL WATTS;
HARLEY G. LAPPIN; BOBBY SHEARIN; MICHAEL R.
MUIR; JEFFREY BANEY; JOHN SHOCKEY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Deborah K. Chasanow, District Judge.  (CA-
04-2225-DKC)

Submitted: February 23, 2006          Decided: March 2, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Juan Valdez, Appellant Pro Se.  Thomas Michael DiBiagio, United
States Attorney, James A. Frederick, Assistant United States
Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Juan Valdez appeals the district court's order denying his <u>Bivens</u><sup>*</sup> action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Valdez v. Federal Bureau of Prisons</u>, No. CA-04-2225-DKC (D. Md. Aug. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

<sup>*</sup><u>Bivens v. Six Unknown Named Agents of the Bureau of Narcotics</u>, 403 U.S. 388 (1971).